**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APR 1 6 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Antonio Hall,                    )
                                 )
            Plaintiff,           )
                                 )
      v.                         )     Civil Action No.    **12 0591**
                                 )
USDC for the Middle District     )
of Louisiana,                    )
                                 )
            Defendant.           )

MEMORANDUM OPINION

This matter, consisting of two separately submitted complaints against the same

defendant, is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma*

*pauperis*. The Court will grant plaintiff's application and dismiss this action for lack of subject

matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any

time" it determines that subject matter jurisdiction is wanting).

Plaintiff, a prisoner at the Louisiana State Prison in Angola, Louisiana, wants this Court

to "review and reverse the Judgement of Middle District of Louisiana . . . ." Form Compl. at 5.

A federal district court lacks subject matter jurisdiction to review the decisions of another federal

district court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United*

*States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). A separate

Order of dismissal accompanies this Memorandum Opinion.

Date: March 21, 2012                          _____
                                              United States District Judge