UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 6 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Antonio Hall, )
)
    Plaintiff, )
)
v. ) Civil Action No. **12 0591**
)
USDC for the Middle District )
of Louisiana, )
)
    Defendant. )

MEMORANDUM OPINION

This matter, consisting of two separately submitted complaints against the same defendant, is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff, a prisoner at the Louisiana State Prison in Angola, Louisiana, wants this Court to "review and reverse the Judgement of Middle District of Louisiana . . . ." Form Compl. at 5. A federal district court lacks subject matter jurisdiction to review the decisions of another federal district court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: March __, 2012                          United States District Judge